IN RE: Mary D. SLAEY, Debtor.

Mary D. Slaey, Debtor-Appellee,

v.

P.H. Harrington, Jr., Creditor-Appellant.

No. 15-2404

United States Court of Appeals, Fourth Circuit.

Submitted: October 31, 2016

Decided: December 7, 2016

Alan J. Cilman, Fairfax, Virginia, for Appellant. Gregory Counts, Tyler, Bartl, Ramsdell & Counts, PLC, Alexandria, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

P.H. Harrington, Jr., appeals from the district court orders determining that Harrington's claim asserted in Mary D. Slaey's bankruptcy case was barred by the statute of limitations, and denying reconsideration of that order. We have reviewed the record and the arguments presented on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harrington v. Slaey, No. 1:14-cv-01210-TSE-JFA (E.D. Va. Sept. 1, 2015 & filed Oct. 14, 2015; entered Oct. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED